# Diligence International Group, LLC

# Invoice

16475 Dallas Parkway,
Suite 670
Addison, TX 75001

Phone: 800-660-4202
Fax: 800-802-4137

accounting@digroup-us.com
www.digroup-us.com

PAID 8/2017

| Date | Invoice # |
|---|---|
| 3/31/2017 | 7381 |

**Bill To**

PRUDENTIAL FINANCIAL
Attn: Clare Santana
213 Washington 12th Floor
Newark, NJ 07102

| Tax ID Number | Terms | Subject |
|---|---|---|
| 26-2339302 | Net 30 | EDUARDO GONZALEZ ROSENDI |

| Description | Qty | Rate | Unit | Amount |
|---|---|---|---|---|
| DEATH VERIFICATION: EDUARDO GONZALEZ ROSENDI<br>LOCATION: MEXICO<br>POLICY #L9J08762<br><br>INCLUDES:<br>INTERVIEW - BENEFICIARY<br>INTERVIEW - PHYSICIAN<br>BELISARIO DOMINGUEZ SPECIALTY HOSPITAL<br>HOSPITAL SAN ANGEL INN<br>SITE VISITS - CIVIL REGISTRY<br>SITE VISITS - FUNERAL HOMES<br>SITE VISIT - CREMATORIUM<br>INTERVIEW - INITIAL BENEFICIARY<br>INTERVIEWS - PHYSICIANS<br>INTERVIEW - ACCOUNTANT<br>INTERVIEW - GUADALUPE DIZA-BARRANCO | 1 | 5,750.00 | | 5,750.00 |

*DIGroup has the global experience and resources that are unmatched*

| | |
|---|---|
| Total | USD 5,750.00 |
| Payments/Credits | USD -5,750.00 |
| Balance Due | USD 0.00 |

*Thank you for your business.*

**EXHIBIT 47**

DIG 00012
000012

## Diligence International Group, LLC

16475 Dallas Parkway,  
Suite 670  
Addison, TX 75001

Phone: 800-660-4202  
Fax: 800-802-4137  
accounting@digroup-us.com  
www.digroup-us.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/3/2017 | 7724 |

**PAID** ~/2017

### Bill To
PRUDENTIAL FINANCIAL  
Attn: Clare Santana  
213 Washington 12th Floor  
Newark, NJ 07102

| Tax ID Number | Terms | Subject |
|---|---|---|
| 26-2339302 | Net 30 | EDUARDO GONZALEZ ROSENDI |

| Description | Qty | Rate | Unit | Amount |
|---|---|---|---|---|
| SECOND INTERIM INVOICE (NOTE: THIS IS NOT THE FINAL INVOICE) | | | | |
| DEATH VERIFICATION: EDUARDO GONZALEZ ROSENDI  LOCATION: MEXICO  POLICY #L9108762 | 1 | 3,800.00 | | 3,800.00 |

*DIGroup has the global experience and resources that are unmatched*

| | |
|---|---|
| **Total** | USD 3,800.00 |
| **Payments/Credits** | USD -3,800.00 |
| **Balance Due** | USD 0.00 |

*Thank you for your business.*

## Diligence International Group, LLC

# Invoice

16475 Dallas Parkway,
Suite 670
Addison, TX 75001

Phone: 800-660-4202
Fax: 800-802-4137

accounting@digroup-us.com
www.digroup-us.com

| Date | Invoice # |
|---|---|
| 8/23/2017 | 7968 |

PAID 0/2017

**Bill To**

PRUDENTIAL FINANCIAL
Attn: Clare Santana
213 Washington 12th Floor
Newark, NJ 07102

| Tax ID Number | Terms | Subject |
|---|---|---|
| 26-2339302 | Net 30 | EDUARDO GONZALEZ ROSENDI |

| Description | Qty | Rate | Unit | Amount |
|---|---|---|---|---|
| DEATH VERIFICATION: EDUARDO GONZALEZ ROSENDI<br>LOCATION: MEXICO<br>POLICY #L9108762 | 1 | 3,500.00 | | 3,500.00 |

*DIGroup has the global experience and resources that are unmatched*

| | |
|---|---|
| **Total** | USD 3,500.00 |
| **Payments/Credits** | USD -3,500.00 |
| **Balance Due** | USD 0.00 |

**Thank you for your business.**

DIG 00014
000014